# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2089. ARTHUR SHERMAINE BUSSEY v. THE STATE.**

In September 2002, Arthur Shermaine Bussey pleaded guilty to burglary and theft by receiving stolen property and was sentenced to three years, with the first two to be served in confinement and the remainder to be served at a diversion center. In February 2019, Bussey filed a "Motion to Challenge the Constitutionality of Arrest Warrant(s) Affidavits and the Issuance of Arrest Warrants, Pursuant to the United States 4th and 14th Amendments, and Constitution of the State of Georgia Paragraph XIII and Paragraph I." The trial court construed Bussey's motion as an application for writ of habeas corpus, which it denied as untimely and because Bussey did not file the motion in the county in which he was currently detained. Bussey then filed this direct appeal. We lack jurisdiction.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/28/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*